THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v COLLIN F. LLOYD-DOUGLAS, Respondent.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v EUGENE POLHILL, Respondent.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v JERMAINE DUNBAR, Respondent.

Submitted February 18, 2014; decided February 20, 2014

▆▆▆▆▆▆▆▆▆▆▆

▆▆▆▆▆▆▆▆▆

▆▆▆▆▆▆▆▆

Motion by Legal Ethics Bureau at New York University School of Law for leave to file a brief amicus curiae on the appeals herein granted and the proposed brief is accepted as filed.